Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, POUND, CRANE and LEHMAN, JJ. Dissenting: HISCOCK, Ch. J., McLAUGHLIN and ANDREWS, JJ.

---

JULIA A. WALSH, Respondent, v. GUY B. DICKISON, Appellant.

*Negligence — streets — contractor engaged in paving street not liable to one crossing who sustains injury through the giving way of block of stone on which she stepped.*

*Walsh* v. *Dickison,* 212 App. Div. 851, reversed.

(Argued May 15, 1925; decided June 9, 1925.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered January 26, 1925, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant, who, at the time of the accident was paving Oswego street in the city of Syracuse. The paving on one side of the street was completed. Beyond that a trench eighteen or twenty inches deep and the width of a car track had been excavated preliminary to paving. Plaintiff, in attempting to cross the street at a regular crosswalk stepped down into this trench, crossed it and seeing a stone against the further side stepped on it to regain the pavement, the stone gave way and she fell, sustaining the injuries complained of.

*Frederick T. Pierson* for appellant.

*Walter J. Welch* for respondent.

Judgments reversed and new trial granted, costs to abide the event, on the ground that the evidence does not establish negligence on the part of defendant.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.